**01–2031. In re Stewart.**

Certified State Law Questions, Nos. 008090 and 018032. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The Bankruptcy Appellate Panel of the Sixth Circuit certified the following question to this court:

"Can Ohio Revised Code § 5301.234 be applied to presume the validity of a mortgage in a bankruptcy case filed after the effective date of the statute, when the mortgage at issue in the bankruptcy case was recorded before the statute's effective date?"

The court will answer the above question.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–2064. State ex rel. Opre v. Milton Twp. Bd. of Trustees.**

In Quo Warranto. On answer of respondents Board of Milton Township Trustees and Kurt Durkin. *Sua sponte,* alternative writ granted.

RESNICK and PFEIFER, JJ., dissent.

**01–2093. State ex rel. J.H. Routh Packing Co. v. Erie Cty. Court of Common Pleas.**

Erie App. No. E–01–034. On motion to dismiss notice of appeal. Motion denied.

**01–2104. State v. Pritchard.**

Cuyahoga App. No. 78497. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**01–2123. State v. Wood.**

Summit App. No. 20764. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**01–2130. State v. Moore.**

Montgomery App. No. 18740. On motion for leave to file delayed appeal. Motion denied.

**01–2133. State v. Harris.**

Cuyahoga App. No. 78241. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**01–2174. Guerry v. Guerry.**

Cuyahoga App. No. 77819. On motion for stay of court of appeals' judgment. Motion denied.

**01–2181. State v. Latham.**

Coshocton App. No. 01CA1. On motion for leave to file delayed appeal. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**01–2183. State v. Allen.**

Summit App. No. 17017. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, J., dissents.

**01–2207. SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 98–E–345. *Sua sponte,* cause consolidated with 01–1613, *SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision,* Board of Tax Appeals No. 97–E–675.